**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-7276**

───────────────

JAMES BELLS, JR.,

                                      Petitioner - Appellant,

          versus

MICHAEL MOORE, Director of South Carolina De-
partment of Corrections; CHARLES M. CONDON,
Attorney General, State of South Carolina,

                                      Respondents - Appellees.

───────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  C. Weston Houck, Chief District
Judge.  (CA-98-2589-6-12-AK)

───────────────

Submitted:  January 25, 2000          Decided:  February 7, 2000

───────────────

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

James Bells, Jr., Appellant Pro Se. Derrick K. McFarland, OFFICE OF
THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina,
for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Bells seeks to appeal the district court's order granting summary judgment to the Respondents on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Bells v. Moore, No. CA-98-2589-6-12-AK (D.S.C. Sept. 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2